IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03276-WYD-CBS

STEVEN M. DENENBERG,

      Plaintiff,

v.

LED TECHNOLOGIES, LLC,

      Defendant.

---

## ORDER OF DISMISSAL

---

      This matter was recently transferred to this Court from the United States District Court for the District of Nebraska.  The matter was initially opened under Case No. 11-cv-03155 and assigned to Judge Jackson.  The matter was erroneously opened a second time in the instant case and assigned to me.  Because the first-filed case is the operative case, this case shall be, and hereby is, **DISMISSED**.

      Dated:  December 20, 2011.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE